

RAYMOND E. STAUFFER,
Plaintiff *Pro se*
9 Sentinel Court, Unit F
Chatham, New Jersey 07928
(973) 701-0877

March 9, 2009

Hon. Sidney H. Stein
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

<u>**VIA FACSIMILE**</u>

Re:   **Raymond E. Stauffer v. Brooks Brothers, Inc. and Retail Brand Alliance, Inc.
      08-CV-10369 (SHS)**

Dear Judge Stein:

Please note that there was a typo in my letter of March 6, 2009, which letter requested an eight day extension for filing opposition papers in the above-identified matter: the letter should have indicated that I was requesting an extension of time up to and including Tuesday, March 17, 2009 for those filings.

As a further indication of my case's *merit*, I would inform the Court that notwithstanding service of the *Complaint* on December 5, 2008, Defendants have chosen to *continue* selling the falsely marked bow ties at issue up to the present date—proofs thereon will be tendered with my opposition. Inasmuch as these *continued* sales are an irrefutable indicia of *deceptive intent*, Mr. Friedman may wish to consider whether characterizing his *adversary's* actions in terms of "gross professional negligence" (*quoting* Def. Mem. p.23) is a wise strategy for *future* pleadings.

The tenor of the discourse with Defendants' Counsel to date notwithstanding, they can consider this letter to be my advance stipulation to all reasonable requests for future extensions of time on their parts, and a reaffirmation of my own earlier demonstrated commitment to the extension of such professional courtesy.

In view of the foregoing I respectfully request an eight day extension of time.

Very truly yours,

Raymond E. Stauffer

Cc:   Neil B. Friedman, Esq. by fax