UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND E. STAUFFER,<br><br>        Plaintiff,<br><br>        v.<br><br>BROOKS BROTHERS INC. and<br>RETAIL BRAND ALLIANCE, INC.<br><br>        Defendants. | 08 Civ. 10369 (SHS)<br><br>ECF CASE |

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the pleadings and all prior proceedings herein, nonparty the United States of America will move this Court before the Honorable Sidney H. Stein, United States District Judge, United States Courthouse, 500 Pearl Street, New York, N.Y., for an order pursuant to Rule 5.1, Rule 24(a) and/or Rule 24(b) of the Federal Rules of Civil Procedure authorizing the United States to intervene in this matter, and for such other relief as is just.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rules 6.1(b), you are required to serve answering affidavits and memoranda, if any, upon the attorney for nonparty the United States of America on or before ten business days following service of the moving papers, and that the reply papers of nonparty the United States, if any, are required to be served on or before five business days after service of the answering papers.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(c), no oral argument shall be heard unless the Court directs that the matter shall be reargued orally, and

that therefore the matter will be resolved based solely on the papers submitted unless the Court directs otherwise.

PLEASE TAKE FURTHER NOTICE that in the event the Court grants the United States' motion to intervene, the United States respectfully requests five business days from the date the Court grants its motion to file a motion for reconsideration of the Court's decision.

Dated: New York, New York
       May 29, 2009

LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York,
Attorney for the United States of America

By: _____
ALLISON D. PENN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2725

TO:   Raymond Stauffer
      *Pro Se* Plaintiff, Apt. F
      9 Sentinel Court
      Chatham, N.J. 07928

      Neil Bryan Friedman
      Baker and Rannels PA
      The Henderson Building
      575 Route 28, Suite 102
      Raritan, N.J. 08869
      Attorneys for Defendants Brooks Brothers, Inc.
      and Retail Brand Alliance, Inc.