UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RAYMOND E. STAUFFER,

        Plaintiff *Pro se*,

vs.

BROOKS BROTHERS, INC.,

and

RETAIL BRAND ALLIANCE, INC.,

        Defendants.

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Docket No. 08 civ 10369 (SHS)



PRO SE OFFICE

    Notice is hereby given that Raymond E. Stauffer, Plaintiff *pro se* in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from so much of the *Opinion & Order* issued and signed by the Honorable Sidney H. Stein, U.S.D.J., on May 14, 2009 as dismissed his *Complaint* for lack of constitutional standing (specifically pages 1-2; Section I, A-D; Section II, A-B; and Section III) and to that extent, from the *Judgment* entered thereon by the Clerk of the Court on May 15, 2009.

Raymond E. Stauffer
**Plaintiff *Pro se***
9 Sentinel Court, Unit F
Chatham, New Jersey 07928
(973) 701-0877

Neil B. Friedman, Esq.
**Attorney for Defendants**
Baker and Rannells, P.A.
Intellectual Property Attorneys
575 Route 28 – Suite 102
Raritan, New Jersey 08869
(908) 428-4831