

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND E. STAUFFER,

Plaintiff,

v.

BROOKS BROTHERS INC. and
RETAIL BRAND ALLIANCE, INC.

Defendants.

08 Civ. 10369 (SHS)

ECF CASE

NOTICE OF APPEAL
OF THE UNITED STATES

NOTICE IS HEREBY GIVEN that the United States of America, which has moved to intervene in this action, hereby appeals to the United States Court of Appeals for the ~~Second~~ Federal Circuit from the Judgment entered May 15, 2009, in favor of respondents Brooks Brothers Inc. and Retail Brand Alliance, Inc., and from the Court's Opinion and Order dated May 14, 2009, leading to that judgment.

Dated: New York, New York
June 15, 2009

By: _____

LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
Attorney for the United States of America

ALLISON D. PENN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2725

TO: CLERK
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
United States Courthouse
Foley Square
New York, New York 10007

Raymond Stauffer
*Pro Se* Plaintiff, Apt. F
9 Sentinel Court
Chatham, N.J. 07928

Neil Bryan Friedman
Baker and Rannels PA
The Henderson Building
575 Route 28, Suite 102
Raritan, N.J. 08869
Attorneys for Defendants Brooks Brothers, Inc.
and Retail Brand Alliance, Inc.

CERTIFICATE OF SERVICE

I, Allison Penn, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 15, 2009, I caused a copy of the Notice of Appeal, to be served by hand delivery and Federal Express mail, upon the following:

TO: **BY HAND DELIVERY**
CLERK
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
United States Courthouse
Foley Square
New York, New York 10007

**BY FEDERAL EXPRESS**
Raymond Stauffer
*Pro Se* Plaintiff, Apt. F
9 Sentinel Court
Chatham, N.J. 07928

Neil Bryan Friedman
Baker and Rannels PA
The Henderson Building
575 Route 28, Suite 102
Raritan, N.J. 08869
Attorneys for Defendants Brooks Brothers, Inc.
and Retail Brand Alliance, Inc.

Dated: New York, New York
June 15, 2009

ALLISON D. PENN (AP-3787)
Assistant United States Attorney