ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND E. STAUFFER,

    Plaintiff,

v.

BROOKS BROTHERS INC. and
RETAIL BRAND ALLIANCE, INC.

    Defendants.

08 Civ. 10369 (SHS)

ECF CASE

NOTICE OF APPEAL
OF THE UNITED STATES

    NOTICE IS HEREBY GIVEN that the United States of America, hereby appeals to the United States Court of Appeals for the Federal Circuit from the district court's Memorandum Opinion and Order entered June 15, 2009, denying the United States's motion to intervene.

Dated: New York, New York
       July 10, 2009

                      LEV L. DASSIN
                      Acting United States Attorney for the
                      Southern District of New York
                      Attorney for the United States of America

By:     [signature]
                      ALLISON D. PENN
                      Assistant United States Attorneys
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Tel.: (212) 637-2725

TO:    CLERK
UNITED STATES COURT OF APPEALS
  FOR THE FEDERAL CIRCUIT
717 Madison Place, N.W.
Washington, D.C. 20439

Raymond Stauffer
*Pro Se* Plaintiff, Apt. F
9 Sentinel Court
Chatham, N.J. 07928

Neil Bryan Friedman
Baker and Rannels PA
The Henderson Building
575 Route 28, Suite 102
Raritan, N.J. 08869
Attorneys for Defendants Brooks Brothers, Inc.
and Retail Brand Alliance, Inc.